UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
PEDRO MARTINEZ, Individually, : 22-cv-1530 (WFK,JRC)
and as the representative of a class of similarly :
situated persons, :
:
      Plaintiff, : **STIPULATION**
 -against- : **FOR DISMISSAL WITH**
: **PREJUDICE**
CHIP COOKIE CORP., :
:
      Defendant. :
----------------------------------------X

  Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed by the parties.

                Respectfully submitted.

Dated: New York, New York
    March 29, 2022

**SHAKED LAW GROUP, P.C.**      **ELLENOFF GROSSMAN & SCHOLE LLP**
*Attorneys for Plaintiff*         *Attorneys for Defendants*

By: /s/ Dan Shaked           By: /s/ Lois Traub
Dan Shaked, Esq.            Lois Traub, Esq.
14 Harwood Court, Suite 415       1345 Avenue of the Americas, 11th Fl.
Scarsdale, NY 10583          New York, New York 10105
ShakedLawGroup@gmail.com       (646) 895-7215
(917) 373-9128            ltraub@egsllp.com

SO ORDERED:

    s/ WFK
U.S.D.J. William F. Kuntz, II

{01102848.DOC.1}
426096v1